ERIC J. WERSCHING, Bar No. 229415
PAUL M. TEINERT, Bar No. 272390
ROSS WERSCHING & WOLCOTT LLP
Attorneys at Law
3151 Airway Ave., Suite S-1
Costa Mesa, California 92626
Telephone: (714) 444-3900
Facsimile: (714) 444-3901
PMT@RossLLP.com

Attorneys for Defendant
ABM INDUSTRY GROUPS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BELTRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABM INDUSTRY GROUPS, LLC, and DOES 1 Through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.  4:21-cv-04506-DMR<br><br>(San Francisco County Superior Court Case No. CGC-20-583848)<br><br>**ORDER ON STIPULATION FOR REMAND TO STATE COURT**<br><br>Date State Action Filed: March 19, 2020<br><br>Date of Removal: June 10, 2021 |

　　　　Plaintiff Manuel Beltran and Defendant ABM Industry Groups, LLC (collectively the "Parties"), by and through their respective counsel of record, submitted a Stipulation for Remand to State Court.

　　　　The Court, having read and considered the Parties' Stipulation for Remand to State Court, and good cause appearing therefore,

**ORDER ON STIPULATION TO REMAND**

**IT IS HEREBY ORDERED THAT:**

    1.    This matter is remanded to state court.

Dated:     __August 2__ , 2021



_____
DONNA M. RYU
*United States Magistrate Judge*

**ORDER ON STIPULATION TO REMAND**